**RECEIVED**

OCT - 4 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DON ALEXANDER, ET AL | CIVIL ACTION NO. 01-1237 |
| VERSUS | JUDGE DOHERTY |
| MCI WORLDCOM, ET AL | MAGISTRATE JUDGE HILL |

### ORDER

This matter shall be and hereby is ADMINISTRATIVELY CLOSED pending the resolution of the bankruptcy proceedings in New York.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___ day of October, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE